452 A.2d 59

Commonwealth v. Brown, Appellant.

Submitted February 24, 1982. F.F. Troncelliti, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.

452 A.2d 59

Commonwealth v. Brown, Appellant.

Submitted April 22, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.